On respondent's petition for reconsideration filed May 26, and appellant's response to the state's petition for reconsideration filed May 31, motion for relief from default granted; reconsideration allowed; former disposition (203 Or App 470, 124 P3d 1287) withdrawn; affirmed July 26, 2006

STATE OF OREGON,
*Respondent,*

*v.*

ALEXANDER WÓLFGANG LANTZSCH,
*Appellant.*

041032; A124649

139 P3d 1030

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, for petition.

David O. Ferry, Deputy Public Defender, Office of Public Defense Services, for response.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez,* 340 Or 310, 131 P3d 168 (2006); *State v. Gornick,* 340 Or 160, 130 P3d 780 (2006).